THIRD DEPARTMENT, JULY, 1986

(July 2, 1986)

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v WILLIAM R. FORCE, Defendant.—Motion, pursuant to CPL 460.30, for extension of time to take appeal denied *(see, People v Kaczynski,* 119 AD2d 927). Mahoney, P. J., Kane, Weiss, Yesawich, Jr., and Levine, JJ., concur.